STATE EX REL. PARKER *v.* WARDEN OF MARY-
LAND PENITENTIARY

[H. C. No. 35, October Term, 1947.]

*Decided May 21, 1948.*

Before MARBURY, C. J., DELAPLAINE, COLLINS, GRASON,
HENDERSON, and MARKELL, JJ.

*Per Curiam.*

This is an application for leave to appeal from an
order refusing a writ of habeas corpus—and a writ of
*certiorari.* Petitioner is imprisoned under sentence of
ten years for assault with intent to rob. "In the Supreme
Bench of Baltimore", in a "petition for writ of *certio-
rari*" against "Criminal Court of Baltimore", without
filing a transcript of the testimony, he discusses the
evidence at some length, alleges that there was no as-
sault, no intent to rob and no crime, and prays a writ
of *certiorari* to bring the records for "examination as
to material mistakes at law, errors on the face of the
record and the probable miscarriage of justice in the
final judgment". The application was denied for the
reasons that considered either as an application for

*certiorari* or as an application for habeas corpus, no grounds are stated justifying issuance of either writ. This order was manifestly correct. The question of guilt or innocence and the weight or sufficiency of the evidence cannot be retried on habeas corpus. *Rountree v. Wright,* 189 Md. 292, 55 A. 2d 847, and cases stated.

*Application denied, without costs.*